IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 09-268 SI |
| Plaintiff, | **ORDER REFERRING DEFENDANT'S *MARSDEN* MOTION** |
| v. | |
| ALEXANDER DeJARNETTE, | |
| Defendant. / | |

Defendant has filed a "*Marsden* motion 6th Amendment." Docket No. 7. The Court hereby REFERS that motion to the general duty magistrate judge, Magistrate Judge Zimmerman.

**IT IS SO ORDERED.**

Dated: April 20, 2009

SUSAN ILLSTON
United States District Judge