UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>ALEXANDER DEJARNETTE,<br><br>           Defendant.<br>_____/ | No. CR-09-0268 SI (EMC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO RECUSE COUNSEL**<br><br>**(Docket No. 20)** |

Defendant DeJarnette's motion to recuse his attorney came on for hearing on July 29, 2009. Mr. DeJarnette raised certain complaints about his counsel in his letter of July 16, 2009 and moved for the recusal. Those allegations were denied at the hearing by his counsel, Mr. Loveseth. The Court credits Mr. Loveseth's representations. Irrespective of whether DeJarnette has made a sufficient showing under *People v. Marsden*, 2 Cal. 3d 118 (1970), the Court, having considered Defendant's letter and having heard the respective representations and views of Defendant and Mr. Loveseth, concludes that the attorney-client relationship has broken down and that there are irreconcilable and irreparable differences between Defendant and his counsel. *See* Cal. R. Prof. Conduct 3-700(C)(1)(d), (5) (allowing for withdrawal of counsel where the client's "conduct renders it unreasonably difficult for the [attorney] to carry out the employment effectively" or where the "client knowingly and freely asserts to termination of the employment").

///

///

///

Accordingly, it is hereby ordered that Defendant DeJarnette's motion to recuse counsel is **GRANTED** and that Mr. Loveseth be relieved of his representation of Defendant. Defendant indicated he does not intend to seek appointment of successor counsel and wishes to represent himself. The Court informed Defendant that he must seek permission from Judge Illston to represent himself and should file such motion forthwith.

This order disposes of Docket No. 20.

IT IS SO ORDERED.

Dated: July 31, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

2

United States District Court
For the Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-0268 SI (EMC) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| ALEXANDER DEJARNETTE, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

ALEXANDER DEJARNETTE
UJB721
550 6th Street
Oakland, CA 94607

Dated: July 31, 2009        RICHARD W. WIEKING, CLERK
                            By:    Leni Doyle
                                   Deputy Clerk