IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 09-268 SI |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO WAIVE ASSISTANCE OF COUNSEL** |
| v. | |
| ALEXANDER DeJARNETTE, | |
| Defendant. / | |

Defendant Alexander DeJarnette has moved to waive assistance of counsel and to represent himself during these criminal proceedings. He has been advised of the consequences of such a waiver by appointed counsel and by the Court. After a hearing conducted in open court on September 8, 2009, the Court granted Mr. DeJarnette's motion. Consequently, Mr. DeJarnette how represents himself and will proceed *pro se* in this criminal case.

**IT IS SO ORDERED.**

Dated: September 8, 2009

SUSAN ILLSTON
United States District Judge