IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>ALEXANDER DeJARNETTE,<br><br>              Defendant.       / | No. C 09-268 SI<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR ORDER TO RESET PRO PER PHONE MINUTES; RE: DEFENDANT'S DISCOVERY MOTIONS; APPOINTING ADVISORY COUNSEL** |

On October 9, 2009, the Court held a status conference in this case. As discussed at the hearing, the Court GRANTS defendant's motion to reset his *pro per* telephone minutes at Santa Rita Jail to 360 minutes per week. (Docket No. 50). The Court DENIES AS MOOT/UNNECESSARY defendant's motion for a direct dial telephone number. (Docket No. 30). The Court GRANTS in part and DENIES in part defendant's motion for discovery; the government shall provide defendant with the discovery as outlined at the status conference. (Docket No. 37).

At the status conference, defendant requested that Stephen Freccero, with whom he previously consulted, be appointed as advisory counsel. The Court has discretion to appoint advisory counsel, and finds it appropriate to do so here. *See McKaskle v. Wiggins*, 465 U.S. 168, 176-77 (1984). The Court hereby APPOINTS Stephen Freccero as advisory counsel. The Court directs defendant to consult with Mr. Freccero regarding defendant's request for an investigator, and if after such consultation defendant still wishes to have the assistance of an investigator, defendant may renew his request by motion or at the December 2, 2009 hearing on defendant's motion to dismiss (Docket No. 56). The Court notes that since the October 9, 2009 status conference, defendant has filed two additional motions, a "Motion for Relief from Default, to File Notice of

Appeal from Court's Improper Enhanced Probation Condition," (Docket No. 57), and "Ex Post Facto Motions to Dismiss," filed on October 14, 2009, which does not yet appear on the docket. These motions shall be briefed on the same schedule as the motion to dismiss found at Docket No. 56 (government's opposition due 10/28/09; defendant's reply due 11/18/09), and the Court will hold a hearing on all three motions on December 2, 2009.

**IT IS SO ORDERED.**

Dated: October 20, 2009

SUSAN ILLSTON
United States District Judge