STEPHEN P. FRECCERO (CA SBN 131093)
sfreccero@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Advisory Counsel for Defendant,
ALEXANDER DEJARNETTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER DEJARNETTE,<br><br>Defendant. | No. CR 09-0268 SI<br><br>**[PROPOSED] ORDER PERMITTING DEFENDANT *PRO PER* TELEPHONE MINUTES AT FCI DUBLIN** |

Based on defendant's previous motion and this Court's Order dated October 19, 2009, the Court hereby orders that defendant, Alexander Dejarnette, be permitted 360 *pro per* telephone minutes per week at FCI Dublin.

IT IS SO ORDERED.

Dated: _____, 2009          _____
                                                        The Honorable Susan Illston
                                                        United States District Court Judge

[PROPOSED] ORDER PERMITTING DEFENDANT *PRO PER* TELEPHONE MINUTES AT FCI DUBLIN
CASE NO. CR 09-0268 SI
sf-2776590