IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEXANDER DEJARNETTE,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. CR 09-268 SI<br><br>**ORDER VACATING DOCKET NO. 84 (ORDER PERMITTING DEFENDANT *PRO PER* TELEPHONE MINUTES AT FCI DUBLIN)** |

　　　　The Court has received a letter dated December 29, 2009, from Warden Paul Copenhaver from the Federal Correctional Institution in Dublin, California, requesting relief from this Court's December 15, 2009 Order Permitting Defendant *Pro Per* Telephone Minutes at FCI Dublin. That order permitted defendant 360 *pro per* telephone minutes per week. The December 15, 2009 order replaced an earlier order that permitted defendant 360 *pro per* telephone minutes when he was incarcerated at Santa Rita Jail.

　　　　Mr. Copenhaver's letter states that the design and procedures at FCI Dublin are different from the Santa Rita Jail, and that FCI Dublin is unable to provide defendant with 360 *pro per* telephone minutes without compromising the safety and security of the institution. According to Mr. Copenhaver, legal calls for approximately 150 inmates are coordinated through a single Correctional Counselor, and complying with the December 15, 2009 order would require use of the Counselor's office and business phone, during which time the Counselor would not be able to use his office or phone. Mr. Copenhaver requests that FCI Dublin be permitted to use the standard procedures in Bureau of Prisons Program Statement 5264.08, <u>Inmate Telephone Regulations</u>, and the supplement to that statement. Mr. Copenhaver also states that BOP staff "will strive to provide telephone access in order to assist Mr. Dejarnette in meeting imminent court deadlines."

Neither party has filed a response to Mr. Copenhaver's letter. Based upon the representations in Mr. Copenhaver's letter, the Court finds it appropriate to VACATE the December 15, 2009 Order.

**IT IS SO ORDERED.**

Dated: January 25, 2010

SUSAN ILLSTON
United States District Judge