IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0268 SI |
| Plaintiff, | **ORDER EXTENDING STAY UNTIL NOON ON FEBRUARY 19, 2010** |
| v. | |
| ALEXANDER DEJARNETTE, | |
| Defendant.                                            / | |

The government has moved to extend the stay on defendant's release. The Court's February 6, 2010 order stayed defendant's release until February 12, 2010 to allow the government to file an appeal and seek a further stay from the Ninth Circuit. The government states that due to weather conditions in Washington D.C., the government has not been able to obtain the approval necessary to seek a stay from the Ninth Circuit. The government states that given defendant's history of leaving the jurisdiction while on supervised release, the government is concerned that defendant will not appear for future proceedings if he is unconditionally released.

Based on these circumstances, the Court finds it appropriate to extend the stay until **February 19, 2010 at noon**, to allow the government additional time to secure approval to seek a stay in the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: February 11, 2010

SUSAN ILLSTON
United States District Judge