IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. C 09-00268-1 SI |
| Plaintiff, | **ORDER** |
| v. | |
| ALEXANDER DEJARNETTE, | |
| Defendant. | |

Plaintiff United States has requested a "pre-trial ruling" concerning what it characterizes as a venue issue raised by defendant's opposition to plaintiff's proposed Instruction No. 31. Plaintiff urgently requests this ruling prior to the commencement of trial, which is tomorrow, in order that the ruling will become and remain reviewable after trial.

The Court is persuaded by the plaintiff's pleading (Docket No. 204) that on and after August 2, 2008, defendant had a duty to complete his initial registration pursuant to SORNA in the district in which he was convicted – this District – even if it was different from his jurisdiction of residence at that time. The Court will so instruct the jury.

**IT IS SO ORDERED.**

Dated: August 3, 2011

SUSAN ILLSTON
United States District Judge