IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0268 SI |
| Plaintiff, | **FINAL PRETRIAL SCHEDULING ORDER** |
| v. | |
| ALEXANDER DEJARNETTE, | |
| Defendant. / | |

On August 2, 2011, the Court held a final pretrial conference in the above captioned matter, which is set for jury trial beginning August 4, 2011. All parties were represented by counsel. The following matters were resolved:

1. **Trial schedule**: Jury selection will proceed beginning at 8:30 a.m. on Thursday, August 4, 2011. Opening statements and witness testimony will begin Monday, August 8, 2011 at 8:30 a.m. The parties expect that the case will take 3 days to complete. The Court does not hear trials on Fridays (although deliberating juries may continue their deliberations on Friday). The trial day runs from 8:30 a.m. until 3:30 p.m., with a 15 minute break at 10:00 a.m., a 30 minute break at noon and a 15 minute break at 1:45 p.m., all times approximate.

2. **Number of jurors and challenges**: There shall be a jury of twelve members, plus two alternate jurors. The government shall have six peremptory challenges, the defendant shall have ten peremptory challenges, and each side shall have one additional peremptory challenge for the alternate.

3. **Voir dire**: The court will conduct general voir dire, and counsel for each side shall have

up to 30 minutes total to question the panel.

**4.** **Jury instructions**: The Court received proposed jury instructions from the government and the defendant. These matters will be considered further during the trial and will be finalized prior to closing argument.

5. **Trial exhibits**: No later than August 5, 2011, the plaintiff shall submit its trial exhibits, in binders with numbered tabs separating and identifying each exhibit. The court shall be provided with three sets (for the court, the file and the witness) and each side shall provide one set for the other side.

6. **Motions in limine**: At the pretrial conference, the government's most recent FRE 404(b) disclosure was discussed. The Court excluded the recently-produced recordings of voice-mails left by defendant for Probation Officer Magana. The Court finds that the probative value of the voice-mails is substantially outweighed by the prejudice engendered by their late production and the time it would take to play, listen to and interpret them, given the poor quality of the audio. This ruling is without prejudice to reconsideration should defendant testify. Defendant's objection to the testimony of Sgt. Dexter Henry from Georgia is overruled, without prejudice to specific objections to specific questions at time of trial. Defendant does not object to Exhibit 2, the notice form concerning registration under California law. The Court took under submission defendant's objection to Exhibit 1, the federal notice.

**IT IS SO ORDERED.**

Dated: August 3, 2011

_____
SUSAN ILLSTON
United States District Judge

2