1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    No. CR 09-0268 SI

        Plaintiff,                    **VERDICT**

   v.

ALEXANDER DEJARNETTE,

        Defendant.

_____/

      On the single count in the superseding indictment, which charges that:  beginning on or about August 2, 2008 and continuing through at least December 27, 2008, in the Northern District of California, the defendant, Alexander DeJarnette, an individual required to register under the Sex Offender Registration and Notification Act, and a sex offender by reason of a conviction under Federal law, did knowingly fail to register as a sex offender as required by the Sex Offender Registration and Notification Act in violation of Title 18, United States Code, section 2250(a),

      We, the jury in the above-entitled case, being unanimous, find as follows: The defendant, Alexander DeJarnette is

     Not guilty          _____

         or

     Guilty          _____

of the offense of Knowing Failure to Register as a Sex Offender, in violation of Title 18, United States Code, Section 2250(a).


Dated: _____

                                _____
                                  FOREPERSON