IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0268 SI |
| Plaintiff, | **VERDICT** |
| v. | |
| ALEXANDER DEJARNETTE, | |
| Defendant. / | |

On the single count in the superseding indictment, which charges that: beginning on or about August 2, 2008 and continuing through at least December 27, 2008, in the Northern District of California, the defendant, Alexander DeJarnette, an individual required to register under the Sex Offender Registration and Notification Act, and a sex offender by reason of a conviction under Federal law, did knowingly fail to register as a sex offender as required by the Sex Offender Registration and Notification Act in violation of Title 18, United States Code, section 2250(a),

We, the jury in the above-entitled case, being unanimous, find as follows: The defendant, Alexander DeJarnette is

Not guilty    _____

or

Guilty    _____

Dated: _____

_____
FOREPERSON