AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA

V.

ALEXANDER DEJARNETTE

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR-09-0268 SI

    The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

The term of supervised release is terminated nunc pro tunc to the dates it was imposed (November 8, 2011 and May 8, 2013).

_____
Signature of Judge

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

Name of Judge      Title of Judge

FEBRUARY 13, 2014
Date